ROSEMARY W. PATTERSON, Respondent, Appellant, *v.* ROGER W. PATTERSON, Appellant, Respondent.

First Department, May 28, 1937.

*John B. Doyle,* for the plaintiff.

*Sidney Salant,* for the defendant.

PER CURIAM. The court was without power to order a sequestration of defendant's monthly earnings to become due. There must be a definite property right in the husband in order that the wife obtain relief by way of sequestration under sections 1171 or 1171-a of the Civil Practice Act. Where, as here, defendant is entitled to nothing except payment of services to be performed, his earnings accruing subsequent to the time of the appointment of a receiver cannot be reached by plaintiff in sequestration. (*Valentine* v. *Williams, Inc.,* 159 N. Y. Supp. 815; affd., 179 App. Div. 884; affd., 223 N. Y. 574; *Rolt-Wheeler* v. *Rolt-Wheeler,* 175 App. Div. 852.) The order should accordingly be reversed, without costs, and plaintiff's motion denied. The cross-appeal from the order requiring the receiver to furnish a bond in the sum of $1,000 on the ground that the amount of the undertaking is excessive should be dismissed.

Present — MARTIN, P. J., O'MALLEY, DORE, COHN and CALLAHAN, JJ.

Order appealed from by the defendant unanimously reversed, without costs, and plaintiff's motion denied. Cross-appeal by plaintiff dismissed.